**No. 48315.**—Protest 97415–K of C. I. & M. Dingfelder, Inc. (New York).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

BEFORE THE SECOND DIVISION, MAY 22, 1943

**No. 48316.**—Protests 877156–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the protests were sustained.

**No. 48317.**—Protest 87359–K of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the protest was sustained.

**No. 48318.**—Protests 926480–G, etc., of Irving L. Hartman Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), Abstract 47291, and Abstract 46497 the hats in question were held dutiable as claimed.

**No. 48319.**—Protests 48258–K, etc., of Victoria Hat Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained.

**No. 48320.**—Protest 24522–K of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), harvest hats imported or withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), Tariff Act of 1930, and those imported subsequent to said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.